Complaint - Ajuluchuku v. UHaul of Massachusetts

FILED
IN CLERKS OFFICE

2004 NOV 29 P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

In the United States District Court of ~~Washington~~ At BOSTON, Massachusetts
John Moakley Courtroom
1 Courthouse Way, Room 2300
Boston, MA 02210

| | |
|---|---|
| AMANDA U. AJULUCHUKU,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　　Vs.<br>UHAUL OF MASSACHUSETTS<br>　　　　　　　　　　　　Defendant. | **COMPLAINT**<br>Personal Injury, Breach of Contract, and Discrimination based upon disability, including unlawful harassment and intentional misrepresentation of facts |

### A). NAMES AND ADDRESSES OF PLAINTIFF AND DEFENDANT

Amanda U. Ajuluchuku
P.O. Box 534
Seattle, WA 98111
Phone (206) 228-8852
amandaajuluchuku@yahoo.com

November 22, 2004

UHAUL
415 Mount Pleasant
New Bedford, MA 02746
Phone (508) 997-6576
Attention: Legal Department/Julie and Lorenzo

### B). FACTS OF THE CASE (ALLEGATIONS)

1). On November 27, 2003, I rented a space from U-Haul of Massachusetts in New Bedford from Julie and Lorenzo for $54.00 a month. This amount was charged to my Capital One Credit card. I left my card for future billings. UHAUL and I signed a contract.

2). In December 2003, I telephoned Julie from Boston. I told her to charge my credit card for the December 27, 2004 rent. She quickly informed me that she had already swiped my card. But the credit card company declined it. I had no choice but to send her a Fleet Bank (now Bank of America) money order via US mail. A week later, I

telephoned again to inquire if she had received my money order. Julie answered, "No. But don't worry. You're paid till April 2004." I was thrilled. I understood it to mean that the credit card company had accepted my payment. I was on cloud nine. I could hardly believe it. I telephoned back several times. Lorenzo also told me that I was paid till April 2004.

3).     I was in Boston to attend law school. I was also seeking employment and an apartment. I did not have money. I used my last money to pay for the storage.

4).     A week later, I telephoned Julie to ask her to send back the money order that I had sent her. After all, she said that I was paid till April 2004. Julie responded, "I have not received the money order." I was surprised. Two weeks had elapsed. Still, the money order had not arrived.

5).     I did not find employment in Boston. It was imperative to have a source of income so that I would be able to rent an apartment. The apartment managers did not rent me an apartment. Additionally, Boston was very cold.

6).     During this time, I met my fiancé in Boston. He took a leave from his Department of Defense job in Washington to visit his ailing mother in Boston.
He fell madly in love with me. On January 1, 2004, he took me to his mother and proposed marriage. On January 7, 2004, he flew me from Boston to Washington for marriage. He asked me on bended knee to continue my legal education in Seattle, Washington. He told me that I was the best thing that ever happened to him. I accepted his marriage proposal. I vowed that I would honor him in sickness and in good health.

7).     On January 7, 2004, I visited my storage U-HAUL space to retrieve some of my belongings. On January 6, 2004, I called both Julie and Lorenzo to tell them the good news. Lorenzo seemed to be excited for me. He told me that Washington has the best weather. He said, "Washington is God's land."

8).     Julie did not offer any congratulatory words. As a matter of fact, she refused me access to the U-Haul space. She demanded that I pay her. Otherwise, she would not allow me to retrieve my belongings. I reminded her that she had told me that I had paid till April 2004. She answered, "You know that you don't have money. How did that happen?"

9).     Then, I reminded her that I sent her and Lorenzo money order two weeks ago, Again, she denied ever receiving it.

10.     Somehow, I coughed up $54.00 that my fiancé had given me to buy food during the trip to pay her. Afterwards, I proceeded to retrieve several of my
belongings. My fiancé and I promised we would be back in Boston in June 2004 to visit his mother and collect the rest of my belongings. There was too much stuff. It was impossible to take them on the plane. When I got to Boston, I was able to cash the money order at the Fleet Bank at Logan International airport when I presented my receipt. I explained that U-HAUL did not receive it.

11).    Several days later, Julie informed me during a long distance telephone call that she had received the money order. She said that I put the wrong number of the street address. Again, she misrepresented facts when she said that I put the wrong number of the street address. There is only one U-HAUL in the city of New Bedford. <u>Your honor, I do not have all the facts to prove a conspiracy. I leave it up to you.</u>

12).    I paid my storage space in a timely manner via my new credit card from

AMANDA U. AJULUCHUKU
P.O. BOX 534
SEATTLE, WA 98111
AMANDAAJULUCHUKU@YAHOO.COM

Washington Mutual. Both Julie and Lorenzo were unprofessional. They were not willing to charge my credit card. I was worried. The charges did not appear on my Washington Mutual bank statement. I had many important items in the storage. I made many calls to Julie and Lorenzo. They continued to misrepresent
facts. I could not afford to trust them with my belongings. I insisted that they send me receipts of all the charges. They argued with me at all times. Sometimes, they would place me on hold for a long time. I reminded them I was calling long distance. They did not lift a finger to help me. They were very unprofessional. They promised that they would send the receipts to my Port Orchard, Washington address. They did not keep to their promise. I received no receipts in the mail. All I received was "Good luck" from both Julie and Lorenzo at the end of our telephone conversations.
I had to write a letter to Julie's boss (Rhonda in Providence, Rhode island).
13). Rhoda was also unreachable. I was transferred to her voicemail. I left messages on it. I complained about Julie and Lorenzo. She did not return my calls for a long time. I was worried that my belongings would be sold off at an auction. I expressed this fear to both Julie, Lorenzo, and Rhonda. It would not be the first time that Julie and Lorenzo had intentionally misrepresented facts. Julie and Lorenzo were neither in compliance with our contract nor the law. I had nightmares. Thus, my blood pressure rose to alarming heights.
14). Both Julie and Lorenzo knew about my disability. They intentionally preyed upon it.
15). When I was a baby, I fell down a flight of stairs. I injured my brain. As a consequence, I lack motor skills. Playing the piano at the age of six rewired my brain and accorded me minimal skills. I have recurring short-term memory loss, dizziness, fainting spells, and cold chills. Moving around, yelling, and negative stress increases the intensity of my disability.
16. In July 2004, (I paid till July 27, 2004), I asked a friend in New Bedford, Massachusetts, (Ken Josiah) to retrieve the belongings in my storage space. Ken Josiah and I attended summer school (Torts) at Southern New England School of Law, North Dartmouth, Massachusetts. I sent him the keys and a letter. I sent a copy of the letter to Julie and Lorenzo.
17). I made a habit of including both Julie and Lorenzo in all my business transactions. Even though, the staff, including Lorenzo always referred me to Julie. Lorenzo should also have a voice. After all, he is the assistant manager. I believe in teamwork and division of duties. A company is able to maximize their profits when all minds work together. Most importantly, UHAUL is a business entity. However, Julie and Lorenzo operated it as a personal entity. In doing so, they victimized renters like me. These two people should be punished to the full extent of the law.
18). Professionalism is the keyword. I have worked with many professionals. My longest assignment is with a law firm in New York City. They pioneered my decision to become a lawyer. My father who died on October 7, 2003 was a writer. He founded the first newspaper in his country of origin and several other newspapers. He taught me all about honesty.
19. I also asked Ken to donate all my belongings to the under-privileged children in New Bedford, Massachusetts. Ken Josiah is aware that my fiancé and I would not be

AMANDA U. AJULUCHUKU
P.O. BOX 534
SEATTLE, WA 98111
AMANDAAJULUCHUKU@YAHOO.COM

1  visiting Massachusetts in the near future.

20). When Ken Josiah finished retrieving all my belongings from the storage, he telephoned me to tell me. I was relieved. When he suggested that I telephone Julie to ask for a refund since all my belongings were removed before July 27, 2004, I flatly refused. <u>I was severely injured by Julie and Lorenzo's unprofessionalism and antagonism. They breached our contract. There was nowhere in the contract that spells unprofessionalism and antagonism. As a renter, I was not accorded courtesy. As a disabled person, I was injured. As a citizen, my civil rights were violated.</u>

21). I had not heard the last words from Julie. In August 2004, Julie telephoned me all the way from Massachusetts to conjure up another story of misrepresentation of facts. She yelled that I come down to Massachusetts to take my belongings from the storage. Her yelling increased the intensity of my dizziness. I fell several times.

22). I recognized it as unlawful harassment. I told her never to call me. Her call increased the intensity of my dizziness. I fell several times. Five minutes later, I had my cellular number changed. Julie terrorized, harassed, and terrified me through out our tenant and landlord relationship. Even after it ended, she was still terrorizing me. I suffered emotional distress such as nightmares, falls, memory loss, dizziness, fright, horror, anxiety, cold chills, fainting spells, high blood pressure, and headaches.

23). I would like to use the proceeds from this lawsuit for the welfare of under-privileged children globally, pay for law school, and my son's education. I have been targeted for no apparent reason. I would like to think it is because of my desire to help the under-privileged children.

### C). PRAYER FOR RELIEF

I would like the court to do something. Please do not condone the Breach of Contract, Personal Injury, and discrimination based upon disability from Julie and Lorenzo. They did not adhere to the terms of our contract. They breached it. According to the Breach of Contract Act, Section 74, UHaul is liable. Both Julie and Lorenzo misrepresented facts several times. They intentionally victimized me. They preyed upon my disability. These torts should not go unpunished. When I leave this earth, my conscience will be clear because I have told the truth. How about Julie and Lorenzo? They have violated the civil rights of a disabled person. According to the Civil Rights Act 1964, 42 $$ USC 2000, UHAUL of Massachusetts is liable.

According to the American Disability Act 12101 et seq. 42 USC $$ 12188, UHAUL of Massachusetts is also liable. I suffered severe emotional distress at the hands of these two individuals. Your honor, please do not condone their discrimination. They are aware of my disability. Their yelling increased the intensity of my disability. My emotional distress includes short-term memory loss, disappointment, anger, anxiety, dizziness, cold chills, headaches, embarrassment, humiliation, furor, fright, high blood pressure, nightmares, and fainting spells. Please do not allow the likes of Julie and Lorenzo bring down America. America is a great country owing to her diversity.

As a disabled person, I have rights too. "America is a country for all" (President Jefferson, 1776). Your honor, granting me $1,000,000,000.00 (one billion dollars) for compensatory and punitive damages is a matter of law.

Amanda U. Ajuluchuku (Pro Se)

*[Signature]*

AMANDA U. AJULUCHUKU
P.O. BOX 534
SEATTLE, WA 98111
AMANDAAJULUCHUKU@YAHOO.COM

*Handwritten margin notes:*
- (She called via a private 10. Her number did not display on my caller ID. It was displayed as private)
- Julie and Lorenzo refused me access to my storage space even though I paid.
- Evidence to be submitted later