1
2
3
4
5
6
7
8

9    In the United States District Court of Massachusetts At Boston
10                John Moakley Courtroom #2300
                        1 Courthouse Way                    04-12542 WGY
11                      Boston, MA 02210

| | NO. |
|---|---|
| AMANDA UCHE AJULUCHUKU, | AMENDED COMPLAINT |
| Plaintiff, | Discrimination based upon disability, |
| Vs. | including Breach of Contract, personal injury, and misrepresentation of facts. |
| UHAUL OF MASSACHUSETTS Defendant. | |

To the Clerk of the Court
    A). NAMES AND ADDRESSES OF PLAINTIFF AND DEFENDANT

Amanda U. Ajuluchuku
P.O. Box 534
Seattle, WA 98111
Phone (206) 228-8852
amandaajuluchuku@yahoo.com

    A). NAMES AND ADDRESSES OF PLAINTIFF AND DEFENDANT
Amanda U. Ajuluchuku
P.O. Box 534
Seattle, WA 98111
Phone (206) 228-8852
amandaajuluchuku@yahoo.com

December 11, 2004

UHAUL
415 Mount Pleasant
New Bedford, MA 02746
Phone (508) 997-6576
Attention: Legal Department/Julie and Lorenzo

## B). FACTS OF THE CASE (ALLEGATIONS)

1). On November 27, 2003, I rented a space from U-Haul of Massachusetts in New Bedford from Julie and Lorenzo for $54.00 a month. This amount was charged to my Capital One Credit card. I left my card for future billings. UHAUL and I signed a contract.

2). In December 2003, I telephoned Julie from Boston. I told her to charge my credit card for the December 27, 2004 rent. She quickly informed me that she had already swiped my card. But the credit card company declined it. I had no choice but to send her a Fleet Bank (now Bank of America) money order via US mail. A week later, I telephoned again to inquire if she had received my money order. Julie answered, "No. But don't worry. You're paid till April 2004." I was thrilled. I understood it to mean that the credit card company had accepted my payment. I was on cloud nine. I could hardly believe it. I telephoned back several times. Lorenzo also told me that I was paid till April 2004.

3). I was in Boston to attend law school. I was also seeking employment and an apartment. I did not have money. I used my last money to pay for the storage.

4). A week later, I telephoned Julie to ask her to send back the money order that I had sent her. After all, she said that I was paid till April 2004. Julie responded, "I have not received the money order." I was surprised. Two weeks had elapsed. Still, the money order had not arrived.

5). I did not find employment in Boston. It was imperative to have a source of income so that I would be able to rent an apartment. The apartment managers did not rent me an apartment. Additionally, Boston was very cold.

6). During this time, I met my fiancé in Boston. He took a leave from his Department of Defense job in Washington to visit his ailing mother in Boston.
He fell madly in love with me. On January 1, 2004, he took me to his mother and proposed marriage. On January 7, 2004, he flew me from Boston to Washington for marriage. He asked me on bended knee to continue my legal education in Seattle, Washington. He told me that I was the best thing that ever happened to him. I accepted his marriage proposal. I vowed that I would honor him in sickness and in good health.

7). On January 7, 2004, I visited my storage U-HAUL space to retrieve some of my belongings. On January 6, 2004, I called both Julie and Lorenzo to tell them the good news. Lorenzo seemed to be excited for me. He told me that Washington has the best weather. He said, "Washington is God's land."

8). Julie did not offer any congratulatory words. As a matter of fact, she refused me access to the U-Haul space. She demanded that I pay her. Otherwise, she would not allow me to retrieve my belongings. I reminded her that she had told me that I had paid till April 2004. She answered, "You know that you don't have money. How did that

happen?"

9). Then, I reminded her that I sent her and Lorenzo money order two weeks ago, Again, she denied ever receiving it.

10. Somehow, I coughed up $54.00 that my fiancé had given me to buy food during the trip to pay her. Afterwards, I proceeded to retrieve several of my belongings. My fiancé and I promised we would be back in Boston in June 2004 to visit his mother and collect the rest of my belongings. There was too much stuff. It was impossible to take them on the plane. When I got to Boston, I was able to cash the money order at the Fleet Bank at Logan International airport when I presented my receipt. I explained that U-HAUL did not receive it.

11). Several days later, Julie informed me during a long distance telephone call that she had received the money order. She said that I put the wrong number of the street address. Again, she misrepresented facts when she said that I put the wrong number of the street address. There is only one U-HAUL in the city of New Bedford. <u>Your honor, I do not have all the facts to prove a conspiracy. I leave it up to you.</u>

12). I paid my storage space in a timely manner via my new credit card from Washington Mutual. Both Julie and Lorenzo were unprofessional. They were not willing to charge my credit card. I was worried. The charges did not appear on my Washington Mutual bank statement. I had many important items in the storage. I made many calls to Julie and Lorenzo. They continued to misrepresent facts. I could not afford to trust them with my belongings. I insisted that they send me receipts of all the charges. They argued with me at all times. Sometimes, they would place me on hold for a long time. I reminded them I was calling long distance. They did not lift a finger to help me. They were very unprofessional. They promised that they would send the receipts to my Port Orchard, Washington address. They did not keep to their promise. I received no receipts in the mail. All I received was "Good luck" from both Julie and Lorenzo at the end of our telephone conversations.

I had to write a letter to Julie's boss (Rhonda in Providence, Rhode island).

13). Rhoda was also unreachable. I was transferred to her voicemail. I left messages on it. I complained about Julie and Lorenzo. She did not return my calls for a long time. I was worried that my belongings would be sold off at an auction. I expressed this fear to Julie, Lorenzo, and Rhonda. It would not be the first time that Julie and Lorenzo had intentionally misrepresented facts. Julie and Lorenzo were neither in compliance with our contract nor the law. I had nightmares. Thus, my blood pressure rose to alarming heights.

14). Both Julie and Lorenzo knew about my disability. They intentionally preyed upon it.

15). <u>When I was a baby, I fell down a flight of stairs. I injured my brain. As a consequence, I lack motor skills. Playing the piano at the age of six rewired my brain and accorded me minimal skills. I have recurring short-term memory loss, dizziness, fainting spells, and cold chills. Moving around, yelling, and negative stress increases the intensity of my disability.</u>

16. In July 2004, (I paid till July 27, 2004), I asked a friend in New Bedford, Massachusetts, (Ken Josiah) to retrieve the belongings in my storage space. Ken Josiah and I attended summer school (Torts) at Southern New England School of Law, North

AMANDA U. AJULUCHUKU
P.O. BOX 534
SEATTLE, WA 98111
AMANDAAJULUCHUKU@YAHOO.COM

Dartmouth, Massachusetts. I sent him the keys and a letter. I sent a copy of the letter to Julie and Lorenzo.

17). <u>I made a habit of including both Julie and Lorenzo in all my business transactions. Even though, the staff, including Lorenzo always referred me to Julie. Lorenzo should also have a voice. After all, he is the assistant manager. I believe in teamwork and division of duties. A company is able to maximize their profits when all minds work together. Most importantly, UHAUL is a business entity. However, Julie and Lorenzo operated it as a personal entity. In doing so, they victimized renters like me. These two people should be punished to the full extent of the law.</u>

18). Professionalism is the keyword. I have worked with many professionals. My longest assignment is with a law firm in New York City. They pioneered my decision to become a lawyer. My father who died on October 7, 2003 was a writer. He founded the first newspaper in his country of origin and several other newspapers. He taught me all about honesty.

19. I also asked Ken to donate all my belongings to the under-privileged children in New Bedford, Massachusetts. Ken Josiah is aware that my fiancé and I would not be visiting Massachusetts in the near future.

20). When Ken Josiah finished retrieving all my belongings from the storage, he telephoned me to tell me. I was relieved. When he suggested that I telephone Julie to ask for a refund since all my belongings were removed before July 27, 2004, I flatly refused. <u>I was severely injured by Julie and Lorenzo's nonprofessionalism and antagonism. They breached our contract. There was nowhere in the contract that spells nonprofessionalism and antagonism. As a renter, I was not accorded courtesy. As a disabled person, I was injured. As a citizen, my civil rights were violated.</u>

21). I had not heard the last words from Julie. In August 2004, Julie telephoned me all the way from Massachusetts to conjure up another story of misrepresentation of facts. She yelled that I come down to Massachusetts to take my belongings from the storage. Her yelling increased the intensity of my dizziness. I fell several times.

22). I recognized it as unlawful harassment. I told her never to call me. Her call increased the intensity of my dizziness. I fell several times. Five minutes later, I had my cellular number changed. Julie terrorized, harassed, and terrified me through out our tenant and landlord relationship. Even after it ended, she was still terrorizing me. I suffered emotional distress such as nightmares, falls, memory loss, dizziness, fright, horror, anxiety, cold chills, fainting spells, high blood pressure, and headaches.

23). I would like to use the proceeds from this lawsuit for the welfare of under-privileged children globally, pay for law school, and my son's education. I have been targeted for no apparent reason. I would like to think it is because of my desire to help the under-privileged children.

### C). DISCRIMINATION

1). According to Black Law's Dictionary, edited by Byran A. Garner, Discrimination is the effect of a law or established practice that confers privileges on a certain class or denies privileges to a certain class because of race, age, sex, nationality, religion or handicap. State laws provide further protection against protection. Differential treatment especially a failure to treat all persons equally when no reasonable distinction can be found between the favored and those not favored. <u>Invidious discrimination is</u>

based upon prejudice or stereotyping.

2). UHAUL of Massachusetts preyed upon my disability.

### D). DISABILITY

1). "Physical disability is an incapacity caused by a physical defect, bodily imperfect or mental weakness." "An individual with a disability is defined by the ADA as a person who has a <u>physical</u> or mental <u>impairment</u> that substantially limits one or more major life activities, a person who has <u>a history of record of such an impairment,</u> or a person who is perceived by others as having such an impairment. The ADA does not specifically name all of the impairments that are covered.

2). When I was a baby, I fell down a flight of stairs. I injured my brain in the process. As a consequence, <u>I lack motor skills.</u> <u>Playing the piano</u> at the age of six <u>rewired my brain</u> and accorded me <u>minimal motor skills</u>. Dizziness and fainting spells are symptoms of my disability. I have a record of disability with Dr. Mark Schwartz.

### F). LIABILITY

1). <u>According to the American Disability Act 42 USC 12101 et seq., I am entitled to relief. All my life, I have battled dizziness. Some days are good. Other days are bad. I suffered emotional distress. UHAUL of Massachusetts violated the American Disability Act under 42 USC 12188. UHAUL of Massachusetts misrepresented facts several times. They telephoned me all the way from Massachusetts to conjure up another lie. They said that I sent the money order to the wrong number. They told me that I had paid till April 2004. They would not charge my new credit card in a timely manner.</u>

2). <u>According to the Civil Rights Act 1964 under 42 U.S.C. 2000, Uhaul of Massachusetts violated my civil rights when they refused to allow me into my storage space. They told me that I had paid till April 2004. In doing so, they breached the contract.</u>

3). <u>According to the Contract Act 1872 under section 73, Uhaul of Massachusetts breached our contract. They refused to allow me into my storage space on January 7, 2004. UHaul told me that I had paid till April 2004. Additionally, I sent them a money order. They misrepresented facts when they said that they did nit receive the money order. According to UHaul, they received the check about three weeks later. They claimed that I had written the wrong number. Your Honor, there is only one UHaul on Mount Pleasant street in the City of New Bedford.</u>

### G). MENTAL OR EMOTIONAL DISTRESS

1). "Mental or emotional distress is a highly mental unpleasant mental reaction such as anguish, grief, fright, humiliation, dizziness, fainting spells, memory loss, embarrassment, anger, chagrin, worry, disappointment, or fury that results from another person's conduct. Again, I am quoting from Black Law's Dictionary. Mental distress constitutes emotion pain and suffering. On May 14, 2004 and May 19, 2004, I suffered all of the above. Hence, I listed them in my complaint. "When mental distress is extreme, there is liability."

2). <u>I suffered panic, memory loss, humiliation, embarrassment, fainting spells, dizziness, anxiety, disappointment, embarrassment, and furor owing to the misconduct of Uhaul of Massachusetts' employees.</u>

AMANDA U. AJULUCHUKU
P.O. BOX 534
SEATTLE, WA 98111
AMANDAAJULUCHUKU@YAHOO.COM

## H). PRAYER FOR RELIEF

I would like the court to do something. Please do not condone the Breach of Contract, Personal Injury, and discrimination based upon disability from Julie and Lorenzo. They did not adhere to the terms of our contract. They breached it. According to the Breach of Contract Act, Section 73 and 74, UHaul is liable. Both Julie and Lorenzo misrepresented facts several times. They intentionally victimized me. They preyed upon my disability. These torts should not go unpunished. When I leave this earth, my conscience will be clear because I have told the truth. How about Julie and Lorenzo? They have violated the civil rights of a disabled person. According to the Civil Rights Act 1964, 42 $$ USC 2000, UHAUL of Massachusetts is liable.

According to the American Disability Act 12101 et seq. 42 USC $$ 12188, UHAUL of Massachusetts is also liable. I suffered severe emotional distress at the hands of these two individuals. Your honor, please do not condone their discrimination. They are aware of my disability. Their yelling increased the intensity of my disability. My emotional distress includes short-term memory loss, disappointment, anger, anxiety, dizziness, cold chills, headaches, embarrassment, humiliation, furor, fright, high blood pressure, nightmares, and fainting spells. Please do not allow the likes of Julie and Lorenzo bring down America. According to the American Disability Act 12101 et seq. under 42 U.S.C. $$ 12188, I am entitled to relief. According to the Civil Rights Act 1964 under 42 U.S.C. $$ 2000, I am also entitled to relief. I suffered additional emotional distress such as dizziness, memory loss, humiliation, embarrassment, and anxiety. America is a great country because of the diversity of her people. As a disabled person, I also have a voice. I pray that my voice will be heard today. I have been singled out for a reason. I would like to think it is because I have the capacity to speak on behalf of all disabled persons. Hundred years from now, I pray that America would lead the world in shaping the minds of wrongdoers. We as a nation have the capability to rise above evil, stereotypes, and hate crimes. In doing so, we have come to do what God has put US on earth to do. Honesty is the best policy. I have told the truth. I know that when I leave this earth, my conscience will be clear. Please remember "America is a free country for all" (President Jefferson, 1776). "I have a dream that one day everyone will be judged by the content of their character and not by the color of their skin" (Dr.. Martin Luther King Jr. 1968).

America is a great country owing to her diversity.

Your honor, granting me $1,000,000,000.00 (one billion dollars) for compensatory and punitive damages is a matter of law.

Amanda U. Ajuluchuku (Pro Se)

Amanda U. Ajuluchuku
P.O. Box 534
Seattle, WA 98111
AMANDAAJULUCHUKU@YAHOO.COM