**In the United States District Court of Massachusetts**

| | |
|---|---|
| AMANDA U. AJULUCHUKU,<br><br>                              Plaintiff,<br>Vs.<br>UHAUL OF MASSACHUSETTS | No: 04-12542-WGY<br><br>New Number/Temporary mailing address/Other Civil rights/Federal Question<br>(702) 505-5745/Extended Stay America Las Vegas, 4240 Boulder Hwy, Las Vegas, NV 89121 |

To the Clerk of the Court

Amanda U. Ajuluchuku
P.O. Box 534
Seattle, WA 98111
Phone (702) 505-5745
amandaajuluchuku@yahoo.com

December 20, 2004

Chief Judge William Young
United States District Court of Massachusetts
1 Courthouse Way, #2300
Boston, MA 02210

    As of December 25, 2004, I can be reached via my new temporary mailing address of Amanda U. Ajuluchuku at Extended Stay America Las Vegas 4240 Boulder Hwy, Las Vegas, NV 89121, until further notice. My permanent mailing address of Amanda U. Ajuluchuku, P.O. Box 534, Seattle, WA 98111 will remain the same. However, all correspondence from the Post Office Box 534, Seattle, WA 98111 will be forwarded to my Las Vegas address. I am moving to Las Vegas, Nevada in pursuit of accounting jobs, law school, and a stress-free environment. My blood pressure has risen to alarming heights since 2003 due to emotional distress and economic hardship. I have never had high blood pressure before. I might visit Seattle, Washington in the future. I worked two weeks out of the twelve months that I resided in Washington State. The Courts have been kind enough to accord me fee waivers (forma pauperis) in all my legal pleadings. Thank you, Your Honor.

Amanda U. Ajuluchuku (Pro Se)