1

2

3

4

5

6

7

8

### In the United States District Court of Massachusetts

9

| | |
|---|---|
| **AMANDA U. AJULUCHUKU,** | **No: C.A. No. 04-12542-WGY** |
| | **Supplement to Complaint/Request** |
| **Plaintiff,** | **for Login and Password for** |
| **Vs.** | **Electronic Case Filing** |
| | **Note on Motion Calendar** |
| **UHaul of Massachusetts, Defendant** | **January 21, 2005** |
| | **Discrimination based upon** |
| | **disability,** |
| | **Classified as "Other Civil Rights on** |
| | **the** |
| | **U.S. District Court Cover Sheet** |

**To Chief Judge Young**

**Amanda U. Ajuluchuku**
**4240 Boulder Hwy. #3204**
**Las Vegas, NV 89121**

**January 3, 2005**

**Dear Chief Judge William G. Young:**

    **Your Honor, I am now realizing that the United States District Court only handles civil rights. Hence, I would like to file the above-captioned case under "other civil rights." I would like to request a motion for reconsideration because you**
**dismissed the above-captioned case for improper jurisdiction. I have noted January 21, 2005 on your motion calendar.**

    **Your Honor, UHaul of Massachusetts barred me from my storage space on January 7, 2004. Both Julie and Lorenzo told me that I was paid till April 2004 via my Capital One credit card. Additionally, I sent them a**

04-12542-WG4

money order from Fleet Bank. They told me that they did not receive it until three weeks later. I was treated as a second-class citizen. Furthermore, I was humiliated in the presence of many UHaul customers when Julie and Lorenzo barred me from my storage space and said, "You both Julie and Lorenzo violated my civil rights. Additionally, they preyed upon my disability. In August 2004, Julie telephoned me all the way from Massachusetts to misrepresent another fact when she ordered me to take the lock of my storage space. On July 14, 2004, Ken Josiah had cleared the storage space. He took the lock with him. Afterwards, I verified it with UHaul employee (Rhonda or Wanda). As a matter of fact, I asked Rhonda about a refund. I paid till July 27, 2004. Rhonda had instructed me to telephone Julie. I declined citing bad business relationship. Julie had no basis to telephone me. It was an unlawful harassment call. She violated business ethics as well as my civil rights. Her telephone call increased the intensity of my disability I fell several times. According to the Civil Rights Act 1964, under 42 USC 2000 and American Disability Act 12101 et seq. under 42 USC 12188, UHaul of Massachusetts is in violation. Therefore, I would like to classify this lawsuit under "other civil rights" under the Civil rights in the U. S. District Court Cover sheet.

Your Honor, I would like to request your permission to be able to file court documents electronically. It would benefit all parties, especially the court. I am able to view documents electronically. I have the pacer login and password. However, I do not have the power of attorney to file my court documents electronically. I have several pending cases with United States District Court of Massachusetts (Bank of America, UHaul of Massachusetts, and University of Massachusetts).

Thank you, Your Honor. I pray that you would issue the summons to serve ~~Bank of America~~ UHaul for violating my civil rights.


Amanda U. Ajuluchuku (Pro Se)